150 So. 927

**Rufus TYSON v. STATE.**

4 Div. 992.

Court of Appeals of Alabama.
Nov. 21, 1933.

RICE, Judge.
Affirmed.

147 So. 926

**Louis UPSHAW v. STATE.**

4 Div. 976.

Court of Appeals of Alabama.
April 4, 1933.

RICE, Judge.
Affirmed.

141 So. 926

**Estell UPTAIN v. STATE.**

6 Div. 302.

Court of Appeals of Alabama.
May 10, 1932.

BRICKEN, P. J.
Appeal dismissed.

144 So. 927

**Neff C. VAN DEVANDER v. ALABAMA STATE DOCKS COMMISSION.**

1 Div. 78.

Court of Appeals of Alabama.
Nov. 15, 1932.

PER CURIAM.
Appeal dismissed by appellant.

139 So. 925

**Ernest VANN v. STATE.**

8 Div. 350.

Court of Appeals of Alabama.
Feb. 2, 1932.

See, also, 24 Ala. App. 226, 133 So. 587.

RICE, J.
Affirmed.

139 So. 925

**Grady VAUGHN v. CITY OF HUNTSVILLE.**

8 Div. 361.

Court of Appeals of Alabama.
Jan. 21, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

139 So. 925

**Grady VAUGHN v. CITY OF HUNTSVILLE.**

8 Div. 362.

Court of Appeals of Alabama.
Jan. 21, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

139 So. 926

**Grady VAUGHN v. CITY OF HUNTSVILLE.**

8 Div. 363.

Court of Appeals of Alabama.
Jan. 21, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.